MR. JUSTICE MORRISON,
dissenting:
I dissent from the remand. In my opinion the majority has strained to find factual issues. This case appears ripe for ruling upon the legal questions.
The majority states:
“The trial court found that the ‘presumption that Irvin and Trochu were [the] owners of units 3 through 9 [is] not overcome by the evidence. ‘ This is obviously an issue which is properly left to the trier of fact.”
The trial court’s memorandum in support of its summary judgment specifically states that any factual issue existing between the presumption and other evidence was not necessary to the summary judgment and was not a question of fact resolved by the court.
In my opinion we should decide the legal questions in this case. Since the case is being remanded for determination of factual issues I hesitate to make a determination on the legal questions. The more propitious course is to reserve ruling until the case returns and is reargued.